9:17 PM
12/15/25
Cash Basis

## Bacci's Cafe & Pizzeria on Milwaukee Ave, Inc
## Profit Loss - Unadjusted Draft
### January through October 2025

| | Jan - Oct 25 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Gaming Revenue** | 90,093.94 |
| **Sales** | |
| 3rd Party Sales | 511,658.60 |
| Cash Sales | 207,868.96 |
| Catering Sales | 191,645.17 |
| CC Sales | 1,184,171.38 |
| Concession Sales | 9,906.85 |
| HA Sales | 17,088.18 |
| Sales - Other | -112,260.52 |
| **Total Sales** | 2,010,078.62 |
| **Total Income** | 2,100,172.56 |
| **Cost of Goods Sold** | |
| Beverage Purchase | 11,603.87 |
| Food Purchases | 612,874.76 |
| Restaurant Supplies | 8,975.55 |
| **Total COGS** | 633,454.18 |
| **Gross Profit** | 1,466,718.38 |
| **Expense** | |
| Advertising and Promotion | 3,853.38 |
| Bank Service Charges | 3,735.23 |
| Business Licenses and Permits | 4,994.88 |
| CC Processing Fees | 32,241.28 |
| Commission Fees | 114,739.05 |
| Computer and Internet Expenses | 22,195.41 |
| Delivery | 36,442.15 |
| Equipment Lease | 3,389.75 |
| Fuel | 1,358.67 |
| Insurance Expense | 27,807.41 |
| Interest Expense | 21,027.94 |
| Meals & Entertainment | 5,090.16 |
| Office Supplies | 726.38 |
| Outside Services | 300.00 |
| Parking/Tolls | 2,304.18 |
| Payroll Tax | 45,996.83 |
| Postage Expense | 155.39 |
| Processing Fees | 5,549.17 |
| Professional Fees | 12,045.00 |

9:17 PM
12/15/25
Cash Basis

# Bacci's Cafe & Pizzeria on Milwaukee Ave, Inc
## Profit Loss - Unadjusted Draft
### January through October 2025

|  | Jan - Oct 25 |
|---|---|
| Promotional Discounts | 169,991.34 |
| Rent Expense | 89,903.89 |
| Repairs and Maintenance | 14,126.54 |
| Security Systems | 980.00 |
| State Tax Payment | 43,925.47 |
| Telephone/Internet Expense | 17,042.57 |
| Tips | 23,540.86 |
| Training | 115.01 |
| Transportation | 908.15 |
| Trash Service | 11,223.32 |
| Travel | 1,750.36 |
| Travel (Employee) | 8,108.89 |
| Uniforms | 235.40 |
| Utilities | 61,206.85 |
| Vehicle Maintenance | 1,749.09 |
| Wages | 724,647.86 |
| **Total Expense** | **1,513,407.86** |
| **Net Ordinary Income** | **-46,689.48** |
| Other Income/Expense |  |
| Other Expense |  |
| Ask My Accountant | 6,330.72 |
| **Total Other Expense** | **6,330.72** |
| **Net Other Income** | **-6,330.72** |
| **Net Income** | **-53,020.20** |