9:25 PM
12/15/25
Cash Basis

# Bacci's Cafe & Pizzeria on Milwaukee Ave, Inc
# Unadjusted Draft Balance Sheet
### As of October 31, 2025

|  | Oct 31, 25 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 3rd Party Intercepted | 2,111.72 |
| Cash on Hand - Milwaukee Corp | -144,265.65 |
| Chase *0225 Catering Acct | 3,039.29 |
| Chase *3021 | -4,718.04 |
| Clearing | -611.78 |
| Fifth Third *9627 | 6,245.08 |
| **Total Checking/Savings** | -138,199.38 |
| **Other Current Assets** | |
| Due From Bacci Bensenville | 98,539.10 |
| Due from Shareholder | |
| Ally | 20,579.25 |
| RnB | 101,808.72 |
| Due from Shareholder - Other | 1,091,904.00 |
| **Total Due from Shareholder** | 1,214,291.97 |
| Employee Advance | 16,283.64 |
| Inventory | 33,110.00 |
| **Total Other Current Assets** | 1,362,224.71 |
| **Total Current Assets** | 1,224,025.33 |
| **Fixed Assets** | |
| Accumulated Amortization | -4,249.00 |
| Accumulated Depreciation | 63,954.95 |
| Equipment | |
| Elmhurst (9/21') | 6,600.00 |
| Toast POS - Elm (8/22) | 3,026.60 |
| Toast POS - MLW (7/22) | 4,100.85 |
| Toast POS - Schiller (10/22) | 3,026.60 |
| **Total Equipment** | 16,754.05 |
| Improvements - Schiller Park | 9,835.00 |
| Prior to 2021 | |
| FF&E Addison | 7,363.00 |
| FF&E Elmhurst | 19,105.00 |
| Improvements Elmhurst | 30,210.00 |
| Signs Elmhurst | 1,814.00 |
| **Total Prior to 2021** | 58,492.00 |
| Start-up Costs - Elmhurst | 15,027.50 |
| Start-up Costs - Palatine | 13,750.00 |

9:25 PM
12/15/25
Cash Basis

# Bacci's Cafe & Pizzeria on Milwaukee Ave, Inc
## Unadjusted Draft Balance Sheet
### As of October 31, 2025

|  | Oct 31, 25 |
|---|---|
| **Total Fixed Assets** | 173,564.50 |
| **Other Assets** | |
| ERC Receivable | 10.81 |
| **Total Other Assets** | 10.81 |
| **TOTAL ASSETS** | **1,397,600.64** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| Amex *2005 | 40,769.37 |
| Chase CC 3102/4451 | 48,137.56 |
| Chase CC 7259 | 16,303.59 |
| **Total Credit Cards** | 105,210.52 |
| **Other Current Liabilities** | |
| Loan - Square | 17,847.14 |
| **Payroll Liabilities** | |
| FICA | 9,056.30 |
| FUTA | 700.05 |
| IL Secure Choice | 794.96 |
| IL UI | 704.93 |
| Payroll Liabilities - Other | 36,133.57 |
| **Total Payroll Liabilities** | 47,389.81 |
| **Sales Tax** | |
| 7525 City Tax | 329.03 |
| Beverage | 185.00 |
| Elmhurst F&B | 4,350.81 |
| Sales Tax - 3rd Party Remitted | 8,780.90 |
| State | 23,763.00 |
| Sales Tax - Other | 13,150.00 |
| **Total Sales Tax** | 50,558.74 |
| Toast Capital - Elm | 621.63 |
| Toast Capital - MLW | 100.50 |
| Toast Capital - Schiller | 526.28 |
| **Total Other Current Liabilities** | 117,044.10 |
| **Total Current Liabilities** | 222,254.62 |
| **Long Term Liabilities** | |
| Deferred Loan Cost | -190,311.02 |
| **Loans** | |
| Loan - CommAssetRecovery | -112,900.00 |

9:25 PM
12/15/25
Cash Basis

## Bacci's Cafe & Pizzeria on Milwaukee Ave, Inc
## Unadjusted Draft Balance Sheet
### As of October 31, 2025

| | Oct 31, 25 |
|---|---|
| Loan - Funding Circle | 93,245.75 |
| Loan - Funding Metrics 2/3/23' | 120,833.25 |
| Loan - Funding Metrics 3/23/23' | 44,500.00 |
| Loan - On Deck | 176,520.00 |
| Loan - PayPal Loan Builder | 117,829.71 |
| Loan - SBA EIDL | 131,625.00 |
| Loan - SBA PPP2 | 76,929.00 |
| **Total Loans** | 648,582.71 |
| Rewards Network - Elmhurst | 18,753.73 |
| Rewards Network - Milwaukee | 19,687.70 |
| Rewards Network - Schiller | 12,374.55 |
| **Total Long Term Liabilities** | 509,087.67 |
| **Total Liabilities** | 731,342.29 |
| **Equity** | |
| Opening Balance Equity | -4,102.80 |
| Retained Earnings | 723,381.35 |
| Net Income | -53,020.20 |
| **Total Equity** | 666,258.35 |
| **TOTAL LIABILITIES & EQUITY** | **1,397,600.64** |