# United States Bankruptcy Court
## Northern District of Illinois

In re   Bacci Cafe & Pizzeria on Milwaukee Ave, Inc.                                  Case No.   25-19761
                                                        Debtor(s)              Chapter    11

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing:                         $      2,100,172.56

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income   Two weeks Revenue (January 1 – January 16, 2026)          $          67,000.00

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor)          $ | 20,000.00 |
| 4. Payroll Taxes | 4,000.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 14,000.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 7,700.00 |
| 11. Utilities | 5,000.00 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases Storage Unit | 1,300.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 1,500.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Retainer for Sub V trustee** | **5,000.00** |
| **Gaming License** | **7,000.00** |

22. Total Monthly Expenses (Add items 3-21)                              $          65,500.00

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)            $           1,500.00



EXHIBIT
A