| NAME | GROSS PAY |
|---|---|
| ERICK BARROSO | $1,000.00 |
| GIOVANNA DI DIANA | $576.92 |
| GUILLERMO QUINTANA | $1,122.75 |
| HAYLEY HERNANDEZ | $1,360.00 |
| KIMBERLY VASQUEZ | $237.67 |
| LSABELLA GONZALES | $639.57 |
| MARICELA LAGUNAS | $639.57 |
| MARLO VASQUEZ | $316.46 |
| MELISSA CANO | $202.25 |
| OLIVIA CRUS | $457.80 |
| PASQUALE DI DIANA | $865.38 |
| ROBERTO RODRIGUEZ | $801.97 |
| SERGIO LOPEZ | $1,500.00 |
| VERONICA GONZALES | $777.80 |

| TOTAL | $10,498.14 |
|---|---|



EXHIBIT
A